**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:  **City of Camp Wood, Texas**

CASE NO    05–54480

CHAPTER    9

*AMENDED 8/5/2005*
## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:             $60,000.00  (Retainer)

   Prior to the filing of this statement I have received:   $60,000.00  (Retainer)

   Balance Due:                                             $0.00   N/A

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

8/5/05
Date

R. GLEN AYERS, JR.                Bar No.  01467500
Langley & Banack, Inc.
745 E. Mulberry
Trinity Plaza II
Suite 900
San Antonio, TX 78212
Phone: (210) 736-6600 / Fax: (210) 735-6889

---

Original /s/

**Ben Cox**
**Mayor**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:   **City of Camp Wood, Texas**

CASE NO     05-54480

CHAPTER    ·9

AMENDED

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/05/05

Signature _____
**Ben Cox**
**Mayor**

Date _____

Signature _____

A&J Dennis Family Investments Ltd.
P.O. Box 1406
Athens, TX 75751


Airgas



Alton L Shaut
Betsy Shaut
2000 June Street NE
Albuquerque, NM 87112


Alvin Guy
142 Messimer Lane
Elizabethton, TN 37643



American Electric Power



Anthony L. & Anne Basile, Co-Trustees
Basile Living Trust
357 A. Rex Place
Madeira Beach, FL 33708-1932


Anthony L. & Anne Basile, Trustees
Basile Living Trust
357 A Rex Place
Madeira Beach, FL 33708-1932


Aramdo Villarreal Jr.
P.O. Box 1134
Bellaire, TX 77402-1134



Archie Denis
P.O. Box 1406
Athens, TX 75751

Armond R. Davis
Pauline M. Davis
Rte. 2, Box 93
Newton, TX 75966-9556


BA Trust DTD 3/30/90
BHS Trustee
4309 A Worden Avenue
Springdale, AR 72762-6595


Barbara M. Austin
Box 1063
La Marque, TX 77568


Beatrice S. Lyon
c/o Peggy Zimmerman & Ronald Bloem PDA
1912 S. Wayland Ave.
Sioux Falls, SD 57105


Betty Smith
37 Club Manor
Maumelle, AR 72113-6406


Betty Smith
37 Club Hanor
Maumelle, AR 72113-6406


Betty W. Clapp
1723 East Kyle Rd.
Clute, TX 77531-3412


Brad W. & Mary D. Robbins
411 Bayland Ave.
Houston, TX 77009-6603


Calvin Powers & Sherry Powers
P.O. Box 325
Camp Wood, TX 78833-0325

Camp Wood Health Care, Inc.

Carly M. Suners
409 S. Second St.
Boonville, MS 38829

Carol Hodges Mayer
470 Woodlake Way
Lexington, KY 40502-2570

Carole L. Gebhard
5819 Westmont Drive
Austin, TX 78731

Cathe Ann Philpott
20105 W. Lake Pkwy.
Georgetown, TX 78628-9511

Cavitt Caufield
Frances & Caufield
1010 West 8th
McGregor, TX 76657-2018

Cavitt Caufield & Frances Caufiend
1010 West 8th
McGregor, TX 76657-2018

Cede & Co.
Attn:  Dividends  (BUO1)
FFC: 40092501
Garden City, NY 11530

Charles E. Ferguson Sr.
9402 La Puente Drive
Austin, TX 78749

Charles E. Koch & Virginia C. Koch
Charles D. Koch Revocable Living Trust
121 Melrose Ave.
Elmhurst, IL 60126-2413


Charles L. Taylor
Susan Sandeter Taylor
2414 Baycrest Dr.
Houston, TX 77058-3702


Cingular Wireless


Cobb M. Colson, Jr.
Executor of C. Mac Golson Estate
P.O. Box 382
Fairhope, AL 36533


CP&L Electric
P.O. Box 22136
Tulsa, OK 74121-2136


CQ Holdings I Ltd.
P.O. Box 1406
Athens, TX 75751


Cynthia Aguilera
P.O. Box 421
Camp Wood, TX 78333-0421


David A. Brune
120 Los Escondidos Rd.
Marble Falls, TX 78654-6004


David L. Lyons
2101 W. Lake
Plano, TX 75075

David Root
2500 E. Priscilla Lane
Crete, IL 60417


Dawn Avery Graves
3982 Lelah
Millington, TN 38053-7918


Dennis A. Hilfeld, Trustee
Dennis A. Hilfeld Trust
13326 State Road 21
Desoto, MO 63020


Department of State Health Services


Diane J. Allen & Bruce C. Allen
8-9 Bowen Rd.
Morrett Manions 8A 18/FL
Mid Levels
Hong Kong 085


Donald & Theresa Gluvna Trust
7113 Gladden Ave. NE
Albuquerque, NM 87110-1463


Dorothea L. Stephens Trustee
Dorothea L. Stephens Revocable Trust
62 North River Road
Stuart, FL 34996-9127


Doyle Vernor


Dynamic A/C Applicance
2066 E. Main
Uvalde, TX 78801

E. Hope & W. Hope, Trustees
Wallace E. Hope & Elizabeth
104 Howard Court
Fairfield Bay, AR 72089


Earl McDonald
P.O. Box 107
Fayette, AL 35555


Easter M. Behrends
Bernard Behrends
207 N. Logan
Lincoln, IL 62656-2043


Ed Reznik & Vivian Reznik
397 E. Lake Place
Miramar, FL 33023-4937


Edgar C. West
Wanda E. West
2720 Wayside Ave.
Fort Worth, TX 76110-2217


Edgar H. & Judith E. Hotting
307 Paul Revere
Houston, TX 77024-6110


Edmund W. Newbold
11377 SW 84th St., Suite 202
Miami, FL 33173-3644


Edna L. Chapin & C. Howard Chapin
500 N. Bryan Rd. G-4
Mission, TX 78572-9322


Edward D. Lanquist
1483 Gordon Road
Crossville, TN 38572

Elaine M. Martin
George H. Martin, Jr.
14202 Country Sky Way
Beaverdam, VA 23015-1788


Ella Mae McClendon
8506 San Felipe
Houston, TX 77024-7517


Ellen Bernstein Sotian
1885 Shore Dr. SO #524
South Pasadena, FL 33707-4749


Elwood P. Hudson
Frances S. Dwyer-Hudson, Trustee
Elwood P. Hudson Revocable Living Trust
P.O Box 380280
Murdock, FL 3328


Emily D'Arcangelo
Box D
Raceland, LA 70394-1304


Environmental Laboratory Service
P.O. Box 220
Austin, TX 78767


Estate of Bernard H. Shapiro
Steven R. Scow & Clyde E. Pithford
612 South Seventh St., Suite 600
Las Vegas, NV 89101-1075


Estate of Bernard M. Shapiro
Steven R. Scow & Clyde E. Pithford
612 South Seventh St., Suite 600
Las Vegas, NV 89101-1075


FBO American Payment Systems

Fineline Services, Inc.
3121 South County Road 101
Wzyzata, MN 55391-2852


Frank C. Richmond
2100 NW 14 Street
Miami, FL 33125-2522


Frank Ruzicka
Lusa Ruzicka
600 W. 7th
Taylor, TX 76574-2715


Fred W. Beyer & Reyetta C. Beyer
John R. Beyer
165 Staiger Rd.
Billings, MO 65610-7106


Galls Incorporated
Department 8069
Carrol Sream, CO 60122-8069


Gaye Talley & Brit Momaday
606 Rim Road
Los Alamos, NM 87544


George I. & Janet H. Wilson
2007 Hickory Creek Dr.
Kingwood, TX 77339-3142


Georgiana Guziatek
14166 Lenore
Redford, MI 48239


Grace C. Eck, Trustee
Grace C. Eck Trust
18 Deane Circle
Bella Vista, AR 72714-5511

Gratton T. Austin, Jr.
Box 1063
La Marque, TX 77568-1063


Harold J. Hanneke & Sarah C. Hanneke
Harold J. & Sarah C. Hanneke Trust
1514 Flamingo Lane
Sun City Center, FL 33573


Harold L. Davis
701 Capri
Big Springs, TX 78720-6517


Harry E. Munson
Gladys C. Munson
3305 Maple Dr.
Pittsburgh, PA 15237-2413-


Henry Mize Charitable Foundation, Inc.
P.O. Box 1668
Tupelo, MS 38802-1668


Ingram Tinkler Eckert


Internal Revenue Service
Memphis, TN 37501-0030


Ivan J. Wolff, Trustee
Ivan J. Wolff Revocable Trust
8905 S.E. Riverfront Terrace
Tequesta, FL 33469-1827


Jack C. Socorro W. Millis, Trustees
Jack C. Millis & Socorro W. Millis Trust
110 Puma Cir.
El Paso, TX 79912-4808

Jack D. Bernstein
Craig D. Bernstein
104 Rose Twig Lane
North Wales, PA 19454-1157


Jacob L. & Maralyn P. Adcock
1 Towers Park Lane W 2018
San Antonio, TX 78209-6440


James A. Ogurchock & John J. Ogurchock
1253 Villa Oaks Ct.
Gahanna, OH 43230-6795


James Arthur Brown, Trustee
James Arthur Brown Revocable Trust
6810 S T St.
Fort Smith, AR 72903-4008


James Avery, Jr.
3982 Lelah
Millington, TN 38053-7918


James H. Knipstein
Glenda W. Knipstein
11900 Oak Trail
Austin, TX 78753


James Nitscltke
4013 Dominion Cove
Austin, TX 78759


Jane T. Omohundro
425 North Avenue 'K'
Crowley, LA 70526-4539


Janice West Dyer
7608 Carta Valey Drive
Dallas, TX 75248

Jeremiah J. Sullivan
68-07 Myrtle Ave.
Glendale, NY 11385-7267


Jimmie F. & Gay Nell Harper, Jt Trustees
1015 Wavecrest Lane
Houston, TX 77062


Joan H. Wanat
Cathy L. Bateson
28100 King Road
Huron TWP, MI 48174


Joe Warwick
Betty M. Warwick
5320 Fountaigate Road
Knoxville, TN 37918-9232


John B. Allison, Trustee
John B. Allison Rev. Living Trust
12401 N. 22nd St. #E304
Tampa, FL 33612-4654


John D. Maxwell
P.O. Box 971
Camp Wood, TX 78833-0971


John W. Heard
3061 Donelson Pkwy.
Dover, IN 37058


Joseph D. Jarabek
Myrlynn J. Jarabek
2750 Julian St.
Youngstown, OH 44502


Joseph R. henry, Trustee
The Henry Living Trust
3824 Glenview Drive
Birmingham, AL 3213

JP Morgan Chase Bank, N.A., Trustee

Juan G. Aguilera
720 Carrizo Road
Uvalde, TX 78801

Kenneth V. Barnwell
Vollie A. Barnwell
103 Arden Circle
Madison, AL 35750-0031

Kim Louise Schimenti Grantor Trust
Michael A. Schimenti, Jr. Trustee
99 Birch Road
Franklin lakes, NJ 07417-2701

L.C. Jackson
1660 Dogwood Drive
Chesternton, IN 46304-2604

Larry D. Barker
34 W. Placid Hill Circle
The Woodlands, TX 77381

Lawrence C. Jackson
1660 Dogwood Dr.
Chesterton, IN 46304-2604

Lee T. Schneider Jr., Trustee
Lee T. Schneider Jr. Revocable Trust
208 S. Munn Ave.
Maryville, MD 64468-2149

Leo B. & Edna A. Osterhaus, Trustees
Osterhaus Family Trust
8307 Tecumsem Dr.
Austin, TX 78753-5744

Leonard Ochs
16593 E. 500th Ave.
Newton, IL 62448


Lewis Liederman & Ellen Bernstein Sotian
I Edward Sotian Trust
FBO Bernstein-Sotian DTD
1995 Shore Drive South Apt. 524
South Pasadena, FL 33707


Linda Hoffberg Cust
Rebecca A. Hoffberg
Unif Gift Min Acct. Ct
39 Varden Rd.
West Hartford, CT 06117-2852


Linda Webb
P.O. Box 937
Camp Wood, TX 7833-0937


LWD Holdings I Ltd
401 Westlake Ct.
Coppell, TX 75019


Lyle Gould, Trustee
Lyle V. Gould Trust
4714 Ston Park
Sioux City, IA 51103


Lynn P. Kleinfelter
2004 Velmetta Circle
Knoxville, TN 37920-2870


Marcia Jo Odal
6307 Mt. View Drive
Snyder, TX 79549


Marie McCrary, Trustee
McCrary Family Trust U/A DTD
9983 Hwy. 4 N
Nashville, AR 71852-8749

Marilyn Connell
3108 RR 2631
Barksdale, TX 78828


Marimae H. Allen Trustee
Marimae H. Allen Revocable Trust
315 Palm Ct.
Indialantic, FL 32903-4320


Marion E. Gordon
#8 Kendra Court
Winter Haven, FL 33880


Mark Cox
P.O. Box 357
Camp Wood, TX 78833-0357


Marlys R. Thoms, Trustee
Inez D. Fitzgerald Grantor Trust
1930 Victory St.
Brookings, SD 57006


Marguerite H. Thomas
F. Nathan Thomas
4725 Taylor Ave. NE
Bainbridge IS, WA 98114


Marvin Lebman
Geraldine Lebman
P.O. Box 310004
San Antonio, TX 78213


Mary A. Kiel Trust
Mary A. Kiel Trustee
495 Woodgrove Dr.
Ann Arbor, MI 48103-9553


Mary C. Forsman-Militello
Sarah Josephine Militello
72 Joliet lane
Amherst, NY 14226-2567

Mary Lou Hopkins
5408 Glenwick Lane
Dallas, TX 75209


Maryon A. Sherk & Aaron Sherk
2456 Arther Street
Hollwood, FL 33020-3010


Matthew J. Soltysiak
8371 SW 34 Terrace
Miami, FL 33155-3301


MCI


Merced Gonzales
P.O. Box 701
Camp Wood, TX 78833-0701


Michael Gonzales
P.O. Box 701
Camp Wood, TX 7883-0701


Michael W. Douglas
Christine A. Douglas
304 Butternut Ct.
Pittsburgh, PA 15238-1326


Mildred M. Cates
Mancil Leon Mitchell II
614 Franklin Dr.
San Marcos, TX 78666-2426


Mildred Potter Elmore
7731 Meadvill
Houston, TX 77061

Moody Brothers
9909 Tanner Rd., Bldg. E
Houston, TX 77041


Mountain Veterinary



N. Dean Box 7 Patsy Box
100 Chapman
Waxahachie, TX 75165-1918


Naomi Krause & Howard Krause, Trustees
FBO Naomi Krause
12151 Dunhill Drive
Boynton Beach, FL 33437-6059


National Waterworks
P.O. Box 8328
Waco, TX 67614-8328


Nueces Canyon ISD
Camp Wood, TX 78833


O'Reilly Auto Parts



Office Depot
P.O. Box 9020
Des Moines, IA 50368-9020


Peerless Equipment Co.
5400-1 New Hwy. 90 West
P.O. Box 27337
San Antonio, TX 78227-0337

Perdue, Brandon, Fielder, Collin
1235 North Loop West #600
Houston, TX 77008


Phillip Giannuzzi
Marilyn Giannuzzi
11005 Richlyne St.
Temple Ter, FL 33617-3017


Pico Petroleum Products


Poston Equipment Sales


Quill Office Products


Rachel B. Savage
1610 Rockland Ct.
Cleveland, OH 37311-4163


Ray A. Kennemer & Iva Lee Kennemer
1215 Cope Dr.
Paris, TX 75462-5509


Reno's Rentals


Rex L. Craig
P.O. Box 7831
Horseshyoe Bay, TX 78657-9203

Richard J. Wallin, Trustee
Margaret E. Wallin Trust
3998 Cincinnati Brookville Rd.
Hamilton, OH 45013-9218


Rita P. Newbold
11377 SW 84th St., Suite 202
Miami, FL 33173-3644


Rita Seidman, Trustee
Rita Seidman Trust
1740 Mission Hills Rd.
Northbrook, OL 60062-5731


Robert D. & Joy Telschow
P.O. Box 128
Eddy, TX 76524


Robert F. & Selma M. Wenger, Trustees
Robert F. & Selma M. Wenger Trust
5913 Blodgett Ave.
Downers Grove, IL 60516-2010


Robert H. Corby
1801 SE 24th Rd., Room 116
Ocala, FL 34471-6065


Robert L. & Robert Finch, Jr., Trustees
2809 East 19th
Farmington, NM 87402


Robert L. Johnston & Ruth S. Johnston
The Johnston Family Living Trust
393 W. Pearson St.
Hernando, FL 34442


Robert P. Kuykendall
Olga S. Kuykendall
16 Manchester Pl.
Hot Springs, AR 71901

Robert P. McFall
Josephine G. McFall
1323 Guese Road
Houston, TX 77008


Robert S. & Mary M. Hodnett
72 Olguin Road
Jarales, NM 87023-9703


Roger A. & Joyce E. Vasko, Trustees
Joyce Vasco Trust
3390 Gandy Blvd. North Lot 51
St. Petersburg, FL 33702


Roger K. Wilkinson
2714 N. Biglow
Peoria, IL 61604-2848


Roland J. & Helen M. Jensen
1010 E. Chestnut St.
Santa Ana, CA 92701-6426


Ron Perrin Water Technologies
P.O. Box 101614
Fort Worth, TX 76185


Ross E. Avery
3982 Lelah Lane
Millington, TN 38053


Roy D. Neal
921 Roderigo Avenue
Coral Gables, FL 33234-6443


Sarah G. Bonnett
4252 Shady Hill Drive
Dallas, TX 75229

Sheldon A. Glick
Joyce L. Glick
201 Princeton St.
Tullahoma, TN 37388


Simon Estrada, Jr.
P.O. Box 726
Camp Wood, TX 78833-0726


Snyder Family Limited Partnership
7101 Grainborough
Amarillo, TX 79106-2614


Soules & Wallace
745 E. Mulberry, Suite 900
San Antonio, TX 78212


Source Environmental Sciences
4100 Westheimer, Suite 106
Houston, TX 77027


Southwest Texas Aggregates, I
4343 East Main St.
Uvalde, TX 78801-6414


Southwest Texas Telephone


Stephen & Margaret Cheny
3170 Nautilus Road
Middleburg, FL 32068


Stephen Cheney and Margaret Cheney
3170 Nautilus Road
Middleburg, FL 32068

Steven Goldstein
5006 Yarwell
Houston, TX 77096


Stitel Consulting Services
501 North Broadway
St. Louis, MO 63102


Susan A. Osterhaus
5431 Singing Quail
Austin, TX 78758


Susan A. Osterhaus, Trustee
Edna A. & Leo B. Osterhaus Irrev Trust
9431 Singing Quail
Austin, TX 78758


Terry Baughan
P.O. Box 37
South Sterling, PA 18460


Texas Commission on Envir. Quality
P.O. Box 13087
Austin, TX 78711-3087


Texas Municipal League
P.O. Box 910404
Dallas, TX 75391-0404


Texas Municipal League -- Health Ins.
P.O. Box 910404
Dallas, TX 75391-0404


Texas Workforce Commission
1095 Del Rio Blvd. #3A
Eagle Pass, TX 78852

The Barker Family Investment Club
2229 Allendale Road
Montgomery, AL 36111


Thomas Gaines, Jr.
Carole Gaines
13123 Queens Forrest Dr.
San Antonio, TX 78230-2005


Thurman L. Talley
Gaye Talley
696 Rim Road
Los Alamos, NM 87544


TNRCC
P.O. Box 13089
Austin, TX 78711-3089


Tom Acquirre, CPA
121 East Ashby Place
San Antonio, TX 78212


Tom R. Philpott
20105 W. Lake Pkwy.
Georgetown, TX 78628


Turner Control
3145 South Main St.
Fort Worth, TX 76110


TXU Energy Company
P.O. Box 660161
Dallas, TX 75266


UGRAL
125 Lelman
Kerrville, TX 78028

Unifirst Corporation
Box 776
Uvalde, TX 78801


Uvalco Supply
P.O. Drawer 990
Uvalde, TX 78802


Uvalde Emergency Group LP



Uvalde Leader News
P.O. Box 740
Uvalde, TX 78802


Uvalde Memorial Hospital
1025 Garner Field Road
Uvalde, TX 78801


Uvalde Tractor & Supply
P.O. Box 330
Uvalde, TX 78802


Verna Marie McCrary, Trustee
McCrary Family Trust DTD
9983 Highway 4 North
Nashville, AR 71852


Vernon Benson
Rita Benson
4934 Benham
San Antonio, TX 78220


Vincent S. Allison, Jr., Trustee
Vincent S. Allison Living Trust
7101 Highway 271 S
Fort Smith, AR 72908

Virginia & James W. Kossman, Co-Trustees
Kossham Family Trust
1594 S. Circleview Dr.
Seven Hills, OH 44131


W. Stanton Martin
P.O. Box 3098
Boulder, CO 80307


Walter W. Schmitt
Eugenia M. Schmitt
3923 Boulder Dr.
Troy, MI 48084-1120


Waste Management/Covel Gard
P.O. Box 78251
Phoenix, AZ 85062-8251


Wayne A. Wood, Trustee
W.A. Wood Revocable Trust
3216 Seminary Ave.
Richmond, VA 23227


William A. Bilsing
P.O. Box 159
Normangee, TX 77871-0159


William F. & Mary Louise Wishchmeyer
Williams F. Wischmeyer Trust
1 McKnight Place, Apt. 406
St. Louis, MO 63124


William H. Sharp, Trustee
Joyce Sharp Trust
2412 Lou Lane
Wichita Falls, TX 7628-3907


William P. Fuller
P.O. Box 1200
Kinder, LA 70648-1200

Winona Blalock
P.O. Box 1079
Huntsville, Tx 77342-1079

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **City of Camp Wood, Texas**

CASE NO   05−54480

CHAPTER   9

AMENDED
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. Sec. 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, goverment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Soules & Wallace<br>745 E. Mulberry, Suite 900<br>San Antonio, TX 78212 | | Attorney Fees | | $69,926.69 |
| Perdue, Brandon, Fielder, Collin<br>1235 North Loop West #600<br>Houston, TX 77008 | | Default Judgment | | $21,780.85 |
| Ingram Tinkler Eckert | | Default Judgment | | $8,423.63 |
| CP&L Electric<br>P.O. Box 22136<br>Tulsa, OK 74121-2136 | | Services | | $3,505.14 |
| Texas Municipal League<br>P.O. Box 910404<br>Dallas, TX 75391-0404 | | Goods and services | | $3,211.29 |
| Source Environmental Sciences<br>4100 Westheimer, Suite 106<br>Houston, TX 77027 | | Goods and services | | $2,750.00 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:  **City of Camp Wood, Texas**

CASE NO     05-54480

CHAPTER     9

AMENDED

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, goverment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Doyle Vernor | | Goods and services | | $2,300.00 |
| FBO American Payment Systems | | Services | | $1,300.00 |
| Texas Workforce Commission<br>1095 Del Rio Blvd. #3A<br>Eagle Pass, TX 78852 | | Goods and services | | $1,094.13 |
| Waste Management/Covel Gard<br>P.O. Box 78251<br>Phoenix, AZ 85062-8251 | | Goods and services | | $1,090.44 |
| Peerless Equipment Co.<br>5400-1 New Hwy. 90 West<br>P.O. Box 27337<br>San Antonio, TX 78227-0337 | | Goods and services | | $921.50 |
| Ron Perrin Water Technologies<br>P.O. Box 101614<br>Fort Worth, TX 76185 | | Goods and services | | $894.00 |
| UGRAL<br>125 Lelman<br>Kerrville, TX 78028 | | Goods and services | | $883.00 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

IN RE:  **City of Camp Wood, Texas**

CASE NO. 05-54480

CHAPTER  9

AMENDED

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, goverment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Dynamic A/C Applicance<br>2066 E. Main<br>Uvalde, TX 78801 | | Goods and services | | $800.86 |
| Internal Revenue Service<br>Memphis, TN 37501-0030 | | Taxes | | $750.00 |
| Pico Petroleum Products | | Goods and services | | $618.00 |
| Texas Municipal League --<br>Health Ins.<br>P.O. Box 910404<br>Dallas, TX 75391-0404 | | Services | | $522.00 |
| Moody Brothers<br>9909 Tanner Rd., Bldg. E<br>Houston, TX 77041 | | Goods and services | | $502.76 |
| Nueces Canyon ISD<br>Camp Wood, TX 78833 | | Goods and services | | $500.00 |
| National Waterworks<br>P.O. Box 8328<br>Waco, TX 67614-8328 | | Goods and services | | $496.87 |

08/05/2005 FRI 08:45  [TX/RX NO 9282]  ☒003

07/29/2005 01:59:53pm

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

IN RE:  City of Camp Wood, Texas

CASE NO  05-54480

CHAPTER  9

AMENDED

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ Mayor _____ of the _____ Municipality _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  8/05/05

Signature: _____
Ben Cox
Mayor